PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA VALENZUELA, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MASSAGE ENVY FRANCHISING LLC, a Delaware limited liability company; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:22-cv-05817-DSF-PVC<br>Judge: Hon. Dale S. Fischer<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

NOTICE OF VOLUNTARY DISMISSAL

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Sonya
2  Valenzuela dismisses with prejudice this action against Massage Envy Franchising
3  LLC. Defendant has not yet filed or served an answer to Plaintiff's Complaint, nor filed
4  a motion for summary judgment.

Dated:  September 6, 2022         PACIFIC TRIAL ATTORNEYS

                                  By: /s/ Scott J. Ferrell
                                      Scott J. Ferrell
                                      Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2022, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.